IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:14-cv-822 (AJT/TRJ) |
| v. | ) ) | |
| P AND E SERVICES, LLC., d/b/a P & E COMMERCIAL SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

## **ORDER**

This matter is before the Court on the Proposed Report and Recommendation [Doc. No. 13] of the Magistrate Judge recommending that default judgment be entered against P and E Services, LLC ("Defendant") and in favor of Plaintiffs Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund ("Plaintiffs"), in the amount of $5,228.41. No objection to the Proposed Findings of Fact and Recommendations have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiffs' motion for default judgment [Doc. No. 9] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiffs, in the amount of $5,228.41, which consists of $2,002.61 in liquidated damages payable to National Pension Fund, $121.37 in liquidated damages payable to

International Training Fund, $835.33 in accrued interest payable to National Pension Fund, $25.31 in accrued interest payable to International Training Fund,[1] $1,632.50 in attorneys' fees; $611.29 in costs, for a total award to Plaintiffs of $5,228.41, plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from the date of the Motion for Default Judgment until full payment is made.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendant P and E Services, LLC at the following addresses:

P and E Services, LLC d/b/a P & E Commercial Services
3741 N. Topeka Street
Wichita, KS 67219-3645

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 16, 2015

---

[1] As the Magistrate Judge noted, it not being clear from plaintiffs' affidavits in support of default judgment the date of payment used to project the amounts of accrued interest, the Court will understand the accrued interest amount totaling $860.64 to be as of the date of its Motion for Default Judgment, which is November 17, 2014. *See* Report and Recommendation, Doc. No. 13, p. 5 at n.3.